No. 21380.

LEWIS ARAKADIE *v.*
THE PEOPLE OF THE STATE OF COLORADO.
(398 P.2d 977)

Decided February 8, 1965.     Rehearing denied February 23, 1965.

Plaintiff in error, pro se.

DUKE W. DUNBAR, Attorney General, FRANK E. HICKEY, GEORGE H. SIBLEY, Special Assistant, for defendant in error.

*En Banc.*

MR. JUSTICE McWILLIAMS delivered the opinion of the Court.

ARAKADIE pled guilty to the charge of conspiracy to commit robbery as defined in C.R.S. '53, 40-7-36 and was thereafter sentenced to a term of from six to ten years

in the State Penitentiary. By writ of error Arakadie now seeks review of this judgment and sentence.

Rule 37(d) Colo. R. Crim. P. states that "[n]o writ of error on behalf of the defendant shall lie to a judgment based upon a plea of guilty . . . ." and hence this writ of error must be, and hereby is, dismissed.

MR. JUSTICE MOORE not participating.